SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>  vs.<br><br>United Truckstuff Inc., et al,<br><br><br>        Defendants | Case No.: CIV.S 10-cv-00472-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JON R. SNYDER AND SUSAN HART SNYDER; JOHN C. MCNAMEE; SUSAN DIANE MCNAMEE; ORDER**<br><br>Complaint Filed:  February 25, 2010<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Jon R. Snyder And Susan Hart Snyder; John C. Mcnamee; Susan Diane Mcnamee) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

1  This case is to remain open as to the remaining Defendants.  Defendants (Jon R. Snyder And
2  Susan Hart Snyder; John C. Mcnamee; Susan Diane Mcnamee) are dismissed because this
3  Plaintiff was unable to serve the Defendants.

5  Dated: July 9, 2010                                    /s/Scott N. Johnson_____
                                                          SCOTT N. JOHNSON
6                                                         Attorney for Plaintiff

8  **IT IS SO ORDERED**.

9
10 Dated: July 14, 2010

                                                          _____
                                                          MORRISON C. ENGLAND, JR
                                                          UNITED STATES DISTRICT JUDGE