SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br> vs.<br><br> United Truckstuff, Inc., et al,<br><br>    Defendants | Case No.: CIV.S 10-cv-00472-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF UNITED TRUCKSTUFF, INC. AND MUKESH SHARMA; ORDER**<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (United Truckstuff, Inc.; Mukesh Sharma) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendants (United Truckstuff, Inc.; Mukesh Sharma) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: August 3, 2010                 /s/Scott N. Johnson
                                      SCOTT N. JOHNSON
                                      Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  August 5, 2010

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-10-00472-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com