**1** CRIS C. VAUGHAN, SBN 99568
**2** VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
**3** Loomis, CA 95650
Telephone: 916-660-9401
**4** Facsimile: 916-660-9378

**5**

**6** Attorneys for Defendants
Pioneer Business Park Operators, L.P.
**7**

**8** UNITED STATES DISTRICT COURT

**9** EASTERN DISTRICT OF CALIFORNIA

**10**

**11** SCOTT N. JOHNSON,

**12**          Plaintiff,                CASE NO.  2:10-cv-00472-MCE-KJM

**13**

**14**     v.                             STIPULATION AND ORDER TO SET ASIDE DEFAULT
                                         [Rule 55(c) FRCP]
**15** United Truckstuff, Inc., Individually and
dba United Truckstuff, et al.
**16**

**17**          Defendants.

**18**

**19**
       Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT
**20**
N. JOHNSON and Defendants PIONEER BUSINESS PARK OPERATORS, L.P., by and
**21**
through their respective attorneys, Scott N. Johnson and Cris C. Vaughan, hereby
**22**
stipulate to, and request the Court to, set aside the default that was entered by the Clerk
**23**
in this matter on July 13, 2010, for good cause and in the interests of justice and allow
**24**
Defendant, PIONEER BUSINESS PARK OPERATORS, L.P., to file an Answer to the
**25**
Complaint within ten (10) days after entry of the Order setting aside the default.

-1-
*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: August 23, 2010

/S/ SCOTT N. JOHNSON
Scott N. Johnson, Attorney for Plaintiff

Dated: August 19, 2010

/S/ CRIS C. VAUGHAN
Cris C. Vaughan, Attorney for Defendant, Pioneer Business Park Operators, L.P.

## ORDER

IT IS SO ORDERED; that the Default entered in this matter on July 13, 2010 is hereby set aside and Defendant, PIONEER BUSINESS PARK OPERATORS, L.P., shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: August 27, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*

PDF created with pdfFactory trial version www.pdffactory.com