SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>United Truckstuff, Inc., et al,<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00472-MCE-KJM<br><br>**STIPULATED DISMISSAL AND ORDER {FRCP 41 (a)(1)}**<br><br>Complaint Filed: FEBRUARY 25, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

1
STIPULATED DISMISSAL　　　CIV: S-10-cv-00472-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | DISABLED ACCESS PREVENTS INJURY, INC. |
| 2 Dated: November 6, 2010 | |
| 3 | /s/Scott N. Johnson_____ |
| 4 | SCOTT N. JOHNSON<br>Attorney for Plaintiff |

VAUGHAN & ASSOCIATES

Dated: November 10, 2010

/s/Cris C. Vaughan_____
CRIS C. VAUGHAN
Attorney for Defendants,
LAWSON ADAMS; JOAN W. ADAMS

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close the file.

Dated: November 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATED DISMISSAL        CIV: S-10-cv-00472-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com